IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 114-067 |
| | * | |
| DERRICK RENARD JEFFERS | * | |

O R D E R

Presently before the Court is Defendant Derrick Renard Jeffers' motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines. Amendment 782 implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in U.S.S.G. § 2D1.1. This amendment took effect on November 1, 2014. Thus, Defendant, who was sentenced on December 15, 2014, already had the full benefit of the changes occasioned by Amendment 782. Accordingly, the motion to reduce (doc. 47) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA